STATE v. JOHNSON

No. 120 PC.

Case below: 35 N.C. App. 729.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 June 1978.

STATE v. LOUCHHEIM

No. 131 PC.

Case below: 36 N.C. App. 271.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978. Appeal dismissed ex mero motu for lack of substantial constitutional question 6 June 1978.

STATE v. PATTERSON

No. 126 PC.

Case below: 36 N.C. App. 74.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 June 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 6 June 1978.

STATE v. SETZER

No. 116 PC.

Case below: 35 N.C. App. 734.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

STATE v. WRAY

No. 124 PC.

Case below: 35 N.C. App. 682.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 June 1978.